COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ivan Villarreal v. Texas Southern University

Appellate case number:    01-17-00867-CV

Trial court case number:  2016-64945

Trial court:            164th District Court of Harris County

Appellant's post-submission brief, if any, shall be filed on or before November 5, 2018. Appellees' post-submission brief shall be filed within ten days of the filing of appellant's post-submission brief.

The parties are directed to notify the court if they agree to mediation.

Judge's signature: /s/ Michael Massengale

☐ Acting individually    ☑ Acting for the Court

Date: October 25, 2018